JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL CAPITAL MEDIA, INC., dba LEVERAGE GAME MEDIA, a Canadian corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>DAMIER MEDIA, a California corporation; and ERIC DAMIER, individually and doing business as MOMENTS IN HISTORY,<br><br>        Defendants. | Case No. 2:22-cv-03967-SPG-KS<br><br>**ORDER APPROVING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii) and (c)(1)** |

The Court has reviewed the *Joint Stipulation of Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) and (c)(1)* (the "Stipulation") entered into by and among the parties in the above-captioned case.

GOOD CAUSE APPEARING THEREFOR, it is hereby Ordered that:

1. The Stipulation is approved.
2. The above-captioned case is dismissed with prejudice.
3. The parties in the case shall each bear their own attorney's fees and costs incurred.
4. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement and stipulation for entry of judgment, and to enter a judgment, should it be necessary.

**IT IS SO ORDERED.**

Dated: January 10, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE